AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| Bluefield Chemicals, Inc. | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:18-cv-02350 |
| Bariven S.A. and PDVSA Services, B.V. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PDVSA Services, B.V.(A Netherlands Corporation) by serving its registered agent: CT Corporation System at 1999 Bryan Street., Suite 900, Dallas, Texas 75201-4234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charles Patrick Waites
Johnson DeLuca Kurisky & Gould, P.C.
1221 Lamar Street, Suite 1000
Houston, Texas 77010
713-652-2525

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY

CLERK OF COURT

Date: JUL 13 2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:18-cv-02350

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## CAUSE NO. 4:18-CV-02350

BLUEFIELD CHEMICALS, INC.
VS.

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

BARIVEN S.A. AND PDVSA
SERVICES, B.V.

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, **Guy C. Connelly** (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is **Guy C. Connelly** (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is:

2701 W. 15th, Plano, TX 75075
(SERVER'S ADDRESS)

2. ON __7/20/18__ (DATE) AT __10:00__ (A) M (TIME) SUMMONS, ORIGINAL COMPLAINT ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES came to hand for delivery to PDVSA SERVICES, B.V. (A NETHERLANDS CORPORATION) BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM.

3. ON __7/20/18__ (DATE) AT __1:25__ (P) M (TIME) - The above named documents were delivered to: PDVSA SERVICES, B.V. (A NETHERLANDS CORPORATION) BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM by delivering to

__Antoinette Williams, P.S.__
(NAME AND TITLE), authorized agent for service @

1999 Bryan, Suite 900, Dallas, TX 75201
(ADDRESS), by CORPORATE Service

SIGNATURE
PSC# __2201__   EXPIRATION: __9/30/18__

**Guy C. Connelly**
AFFIANT PRINTED NAME

SWORN TO AND SUBSCRIBED before me by **Guy C. Connelly** appeared on this __20__ day of __July__, 2018 to attest witness my hand and seal of office.

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

2018.07.308547
ANNA M CONNELLY
My Commission Expires
March 1, 2019