Case 4:18-cv-02350   Document 30   Filed on 08/24/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BLUEFIELD CHEMICALS, INC., § § Plaintiff, § § VS. § BARIVEN S.A., *et al.*, § § Defendants. § | § § § § CIVIL ACTION NO. 4:18-CV-02350 § § § § § |

## DEFAULT JUDGMENT

Pursuant to Rule 55(b)(2), FRCP, it appears that judgment by default should be entered against defendants PDVSA Services, B.V. ("PDVSA Netherlands"), and PDVSA Services, Inc. ("PDVSA Houston") based on the following:

1. Plaintiff has established that defendants are subject to the Court's personal jurisdiction.

2. Plaintiff has established that each defendant was duly served with process. (Doc. 28-2 at 16 and 41.)

3. As non-person entities, defendants each are not an infant, incompetent person, in active military service of the United States of America or its officers or agents.

4. Defendants have not appeared in this action.

5. The amount claimed against PDVSA Netherlands is a sum certain in the amount of $606,010.40. (Doc. 28-1.)

6. The amount claimed against PDVSA Houston is a sum certain in the amount of $229,365.76. (Doc. 28-1.)

Accordingly, judgment is hereby entered in favor of the plaintiff against PDVSA Services, B.V. in the amount of $606,010.40, plus prejudgment interest in the amount of 5.36%, post-

judgment interest and costs; and in favor of the plaintiff against PDVSA Services, Inc., in the amount of $229,365.76 plus prejudgment interest in the amount of 5.36%, post-judgment interest and costs.

    It is so **ORDERED, ADJUDGED AND DECREED.**

    SIGNED on August 24, 2023, at Houston, Texas.

                                                      Kenneth M. Hoyt
                                                    United States District Judge